UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

BENJAMIN CARRILLO MENDEZ,

    Petitioner,

v.

KRISTI NOEM, et al.,

    Respondents.

No. 6:26-CV-028-H

## FINAL JUDGMENT

For the reasons stated in the Court's Order, Dkt. No. 3, it is hereby ordered, adjudged, and decreed that:

The petition for a writ of habeas corpus (Dkt. No. 1) is denied with prejudice.

The Clerk of Court is directed to close the case.

So ordered on February 17, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE